UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL E. MOORE and<br>ELIZABETH J. MOORE<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Civil Action No. 17-CV-1500-GAM |

**FILED**
MAY 2 3 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Courts:

Kindly dismiss the above noted action without prejudice to Plaintiff.

Respectfully submitted,

Date: 5-19-17

_____
Christian J. Hoey, Esquire

APPROVED BY THE COURT:

_____    5/23/17
United States District Judge